## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

**DEWAYNE ROY WILSON,**

               **Petitioner,**              9:14-cv-1511
                                                       (GLS/TWD)

        v.

**WARDEN MICHAEL BRECKON,**

               **Respondent.**

_____

**APPEARANCES:**                     **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Dewayne Roy Wilson
Pro Se
07731-084
Ray Brook Federal Correctional
Institution
P.O. Box 900
Ray Brook, NY 12977

**FOR THE DEFENDANT:**
HON. GRANT C. JAQUITH        CHARLES E. ROBERTS
United States Attorney           Assistant United States Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On March 27, 2017, Magistrate Judge Thérèse Wiley Dancks filed an

Order and Report-Recommendation (R&R), which recommends that Dewayne Roy Wilson's petition for a writ of habeas corpus be denied for failure to exhaust administrative remedies and, in the alternative, on the merits. (Dkt. No. 24 at 6, 8.) Pending before the court are Wilson's objections to the R&R and several other motions seeking various forms of relief. (Dkt. Nos. 25-26, 27, 29, 32.)

In his objection, Wilson merely reiterates his argument that his due process rights were violated because of the collateral consequences of the alleged improper application of good time credits to an expired sentence. (Dkt. No. 7 at 2-3, 5; Dkt. No. 25 at 2-3.) Given that Judge Dancks has already thoroughly considered Wilson's due process claim, (Dkt. No. 24 at 6-7), as Wilson agrees, "[t]he entire report should be reviewed for clear error," (Dkt. No. 25 at 2); *see Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006).

Having carefully considered the R&R in light of Wilson's objections, the court finds no clear error in Judge Danck's analysis, which squarely and appropriately addresses the arguments made in support of the petition. (R&R at 6-7.) Accordingly, the R&R, (Dkt. No. 24), is adopted in its entirety.

2

Accordingly, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DENIED and DISMISSED**; and it is further

**ORDERED** that petitioner's remaining motions (Dkt. Nos. 27, 29, 32) are **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 21, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge